No. 187. PAN AMERICAN PETROLEUM CORP. *v.* SEATON, SECRETARY OF THE INTERIOR. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *W. W. Heard* and *Neil F. Stull* for petitioner. *Solicitor General Rankin, John F. Davis, Roger P. Marquis* and *George S. Swarth* for respondent.

No. 188. PAN AMERICAN CASUALTY Co. *v.* REED ET UX. C. A. 5th Cir. Certiorari denied. *Charles S. Murphy* and *Camille F. Gravel, Jr.* for petitioner.

No. 190. METROPOLITAN BAG & PAPER DISTRIBUTORS ASSOCIATION, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *Nathan Frankel* and *Reuben Barshay* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, W. Louise Florencourt, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 191. FRANK *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert M. Taylor* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Joseph M. Howard* and *Lawrence K. Bailey* for the United States.

No. 192. GREEN *v.* BAUGHMAN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondents.